```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
JEFFREY JOHN VALENTA,               :
                                    :
          Petitioner,               :   Civ. No. 20-4074 (NLH)
                                    :
     v.                             :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
                                    :
                                    :
DAVID ORTIZ,                        :
                                    :
          Respondent.               :
_____:

**APPEARANCES**:

Jeffrey John Valenta
35910-068
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640
     Petitioner pro se

   WHEREAS, this matter having been opened to the Court by Petitioner Jeffrey John Valenta's filing of a motion for leave to proceed in forma pauperis in his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 4; and

   WHEREAS, Petitioner's account statement indicates he has $100.33 in his account and a National 6 Months Deposit balance of $1,164.16, id. at 5; and

   WHEREAS, it appears Petitioner is able to pay the $5 filing fee,

IT IS on this  1st   day of May 2020,

ORDERED that Petitioner's in forma pauperis application, ECF No. 4, is DENIED; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case pending receipt of the $5.00 filing fee; and it is further

ORDERED that the Clerk of Court shall REOPEN this matter after receiving the filing fee from Petitioner; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner and mark this matter CLOSED.

At Camden, New Jersey

                     s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.