```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JEFFREY JOHN VALENTA, | 1:20-cv-4074 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| DAVID ORTIZ, | |
| Respondent. | |

**APPEARANCES**:

Jeffrey John Valenta
35910-068
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner pro se

Craig Carpenito, United States Attorney
Jessica Rose O'Neill, Assistant United States Attorney
U.S. Attorney's Office
401 Market Street
4th Floor
P.O. Box 2098
Camden, NJ 08101

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on April 13, 2020, see ECF No. 1; and

WHEREAS, the Court ordered Respondent to answer the petition within 45 days on June 2, 2020, see ECF No. 7; and

WHEREAS, the 45-day period to file an answer or motion to dismiss ended on July 17, 2020; and

WHEREAS, Respondent has not filed its answer to date,

THEREFORE, IT IS on this  24th   day of September, 2020

ORDERED that within 14 days of this Order, Respondent shall show cause in writing why the petition should not be granted; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey                  s/ Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.