```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                    :
JEFFREY JOHN VALENTA,               :
                                    :
            Petitioner,             :   Civ. No. 20-4074 (NLH)
                                    :
      v.                            :   MEMORANDUM OPINION & ORDER
                                    :
                                    :
DAVID E. ORTIZ,                     :
                                    :
            Respondent.             :
_____:
```

APPEARANCE:

Jeffrey John Valenta
1941 Dearborn Drive
White Oak, PA 15131

    Petitioner Pro se

Rachael Honig, Acting United States Attorney
Elizabeth Pascal, Assistant United States Attorney
Office of the U.S. Attorney
401 Market Street
PO Box 2098
Camden, NJ 08101

    Counsel for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Jeffrey Valenta filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the Bureau of Prisons' calculation of his sentence, see ECF No. 1; and

    WHEREAS, Respondent opposed the petition, ECF No. 10; and

WHEREAS, Petitioner filed a motion for summary judgment, ECF No. 11; and

WHEREAS, the United States filed a letter on January 26, 2021 indicating that Petitioner was granted compassionate release by his sentencing court on January 12, 2021, <u>United States v. Valenta</u>, No. 2:15-cr-0161 (W.D. Pa. Jan. 12, 2021), ECF No. 14; and

WHEREAS, the sentencing court reduced Petitioner's sentence to time served, <u>see</u> <u>id.</u> at 3; and

WHEREAS, Petitioner's habeas petition challenging the BOP's calculation of his sentence is moot considering his release from BOP custody.  <u>See</u> <u>Hayes v. Ortiz</u>, No. 17-6459, 2020 WL 5406157, at *2 (D.N.J. Sept. 9, 2020),

THEREFORE, IT IS on this  <u>28th</u>  day of <u>January</u>, 2021

ORDERED that the petition is dismissed as moot.  The Clerk shall terminate all pending motions; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail and mark this case closed.


At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.